# United States District Court
# Western District of North Carolina
# Statesville Division

| Wesley Fulbright, | ) | JUDGMENT IN CASE |
| --- | --- | --- |
| Plaintiff, | ) | 5:22-cv-00026-MR |
| vs. | ) | |
| FNU Hodges, et al, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 27, 2022 Order.

September 27, 2022

Frank G. Johns, Clerk
United States District Court